GLOBE INDEMNITY COMPANY, Appellant,

v.

AMERICAN INSURANCE COMPANY, Appellee.

No. 23812.

United States Court of Appeals
Fifth Circuit.

May 8, 1967.

Donald A. Pleasants, of Shackleford, Farrior, Stallings, Glos & Evans, Tampa, Fla., for appellant.

John W. Boult, Marvin E. Barkin, Tampa, Fla., Fowler, White, Collins, Gillen, Humkey & Trenam, Tampa, Fla., of counsel, for appellee.

Before JONES, GEWIN and SIMPSON, Circuit Judges.

PER CURIAM:

The controversy concerns the frequently recurring question as to which of two insurance companies had the public liability coverage on an automobile which was negligently operated and involved in a collision. The legal issue involves the conclusion by a Federal district court sitting in Florida applying the law of